# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUSTIN STACKHOUSE,** | : | Civil No. 4:22-CV-1761 |
| **Plaintiff** | : | |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| **ST. JOSEPH INSTITUTE FOR ADDICTION,** | : | |
| **Defendant.** | : | |

## ORDER

AND NOW, this 2d day of May 2023, for the reasons set forth in the accompanying Memorandum Opinion, IT IS ORDERED that the defendant's motion to dismiss (Doc. 29) is GRANTED, and the plaintiff's complaint is DISMISSED without prejudice to Ms. Stackhouse filing her state law claims in state court. The clerk is directed to CLOSE this file.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge